SEALED

**FILED**

March 19, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____ RR _____
Deputy

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**Case No: SA:25-CR-00138-OLG**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff**<br><br>v<br><br>**(1) DAISY AREVALO**<br>**(2) DARIELA LISBETH SERRATO and**<br>**(3) MARIO ALBERTO SOLIZ, JR.**<br>**a/k/a Mario V a/k/a Venom a/k/a Veneno**<br><br>**Defendants** | **INDICTMENT**<br><br>**COUNT 1:  18 U.S.C. § 932**<br>**Conspiracy to Straw Purchase a Firearm**<br><br>**COUNT 2: 18 U.S.C. § 922(a)(6)**<br>**False Statement During Purchase of a Firearm**<br><br>**COUNT 3: 18 U.S.C. § 922(a)(6)**<br>**False Statement During Purchase of a Firearm**<br><br>**Notice of Government's Demand for Forfeiture** |

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>
**[Conspiracy to Straw Purchase a Firearm]**
**[18 U.S.C. § 932]**

Beginning on or about September 5, 2024 through on or about October 23, 2024, in the Western District of Texas, Defendants,

**(1) DAISY AREVALO**
**(2) DARIELA LISBETH SERRATO and**
**(3) MARIO ALBERTO SOLIZ, JR.**
**a/k/a Mario V a/k/a Venom a/k/a "Veneno"**

and others, did knowingly conspire to purchase firearms in and affecting interstate and foreign commerce, including:

1. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00921;

2. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00922;

3. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00923;

4. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00924;

5. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00925;

6. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00926;

7. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00927;

8. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00928;

9. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00929;

10. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00930;

11. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00931;

12. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00932;

13. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00933;

14. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00934;

15. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00935;

16. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00936;

17. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00937;

18. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00938;

19. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00939;

20. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00940;

21. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00961;

22. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00962;

23. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00963;

24. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00964;

25. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00965;

26. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00966;

27. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00967;

28. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00968;

29. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00969;

30. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00970;

31. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00971;

32. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00972;

33. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00973;

34. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00974;

35. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00975;

36. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00976;

37. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00977;

38. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00978;

39. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00979; and

40. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM01008;

for, on behalf of, and at the request and demand of any other person, knowing and having reasonable cause to believe that such other person had been convicted in any court of a crime punishable by imprisonment for a term exceeding one year and intended to use, carry, possess, sell and otherwise dispose of the firearm in furtherance of a felony, to wit, Conspiracy to Smuggle Goods from the United States, all in violation of Title 18, United States Code, Section 932.

## COUNT TWO
### [False Statement During Purchase of a Firearm]
### [18 U.S.C. §922(a)(6)]

On or about October 3, 2024, in the Western District of Texas, Defendant,

### (2) DARIELA LISBETH SERRATO,

in connection with the acquisition of firearms:

1. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00921;

2. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00922;

3. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00923;

4. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00924;

5. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00925;

6. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00926;

7. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00927;

8. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00928;

9. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00929;

10. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00930;

11. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00931;

12. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00932;

13. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00933;

14. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00934;

15. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00935;

16. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00936;

17. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00937;

18. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00938;

19. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00939; and

20. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00940;

from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer of firearms, which statement was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives form 4473, Firearms Transaction Record, and indicated that she was the actual transferee/buyer of the firearm, when in fact the defendant was purchasing the firearm for another individual, in violation of Title 18, United States Code § 922(a)(6).

## COUNT THREE
### [False Statement During Purchase of a Firearm]
### [18 U.S.C. §922(a)(6)]

On or about October 23, 2024, in the Western District of Texas, Defendant,

### (1) DAISY AREVALO,

in connection with the acquisition of firearms:

1. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00961;

2. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00962;

3. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00963;

4. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00964;

5. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00965;

6. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00966;

7. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00967;

8.  a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00968;

9.  a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00969;

10. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00970;

11. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00971;

12. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00972;

13. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00973;

14. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00974;

15. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00975;

16. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00976;

17. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00977;

18. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00978;

19. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM00979; and

20. a Pro2A Tactical receiver, model Pro-15, bearing serial number PM01008;

from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer of firearms, which statement was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives form 4473, Firearms Transaction Record, and indicated that she was the actual transferee/buyer of the firearm, when in fact the defendant was purchasing the firearm for another individual, in violation of Title 18, United States Code § 922(a)(6).

**NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE**
**[*See* Fed. R. Crim. P. 32.2]**

**I.**
**Firearm Violation and Forfeiture Statutes**

**[Title 18 U.S.C. § 932, subject to forfeiture pursuant to Title 18 U.S.C. § 934(a)(1)(A) and (B)]**

As a result of the criminal violation set forth in Count One, the United States of America gives notice to the Defendants of its intent to seek the forfeiture of the property described below upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 934(a)(1)(A) and (B), which state:

> **Title 18 U.S.C. § 934. Forfeiture and Fines.**
> **(a) Forfeiture. --**
>     **(1) In general**. -- Any person convicted of a violation of section 932 or 933 shall forfeit to the United States, irrespective of any provision of State law--
>         (A) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation; and
>         (B) any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation . . .

**II.**
**Firearm Violations and Forfeiture Statutes**
**[Title 18 U.S.C. § 922(a)(6), and 932, subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]**

As a result of the criminal violations set forth in Counts One through Three, the United States gives notice to the Defendants of its intent to seek the forfeiture of the property described below upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c), which states:

> **Title 18 U.S.C. § 924. Penalties**
> **(d)(l)** Any firearm or ammunition involved in or used in any knowing violation of subsection . . . of section 922 . . . 933...shall be subject to seizure and forfeiture . . . under the provisions of this chapter. . .

This Notice of Demand for Forfeiture includes but is not limited to the following property:

    **(1) <u>DAISY AREVALO:</u>**
1. Pro2A Tactical model PRO-15; Multi caliber receiver S/N - PM00961;
2. Pro2A Tactical model PRO-15; Multi caliber receiver S/N - PM00962;
3. Pro2A Tactical model PRO-15; Multi caliber receiver S/N - PM00963;
4. Pro2A Tactical model PRO-15; Multi caliber receiver S/N - PM00964;
5. Pro2A Tactical model PRO-15; Multi caliber receiver S/N - PM00965;

7

6.  Pro2A Tactical model PRO-15; Multi caliber receiver S/N - PM00966;
7.  Pro2A Tactical model PRO-15; Multi caliber receiver S/N - PM00967;
8.  Pro2A Tactical model PRO-15; Multi caliber receiver S/N - PM00968;
9.  Pro2A Tactical model PRO-15; Multi caliber receiver S/N - PM00969;
10. Pro2A Tactical model PRO-15; Multi caliber receiver S/N - PM00970;
11. Pro2A Tactical model PRO-15; Multi caliber receiver S/N - PM00971;
12. Pro2A Tactical model PRO-15; Multi caliber receiver S/N - PM00972;
13. Pro2A Tactical model PRO-15; Multi caliber receiver S/N - PM00973;
14. Pro2A Tactical model PRO-15; Multi caliber receiver S/N - PM00974;
15. Pro2A Tactical model PRO-15; Multi caliber receiver S/N - PM00975;
16. Pro2A Tactical model PRO-15; Multi caliber receiver S/N - PM00976;
17. Pro2A Tactical model PRO-15; Multi caliber receiver S/N - PM00977;
18. Pro2A Tactical model PRO-15; Multi caliber receiver S/N - PM00978;
19. Pro2A Tactical model PRO-15; Multi caliber receiver S/N - PM00979; and
20. Pro2A Tactical model PRO-15; Multi caliber receiver S/N - PM01008.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

MARGARET F. LEACHMAN
ACTING UNITED STATES ATTORNEY

BY: _____
FOR AMANDA C. BROWN
Assistant United States Attorney